Minute Order Form (06/97)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1242 | DATE | 7/27/2000 |
| CASE TITLE | Christine F. Stauffer etc. Vs. Westmoreland Obstetric etc. et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We grant the motion to strike, with leave to amend within 21 days(August 17, 2000). We also remind plaintiff that she must designate local counsel for notification purposes, even if Colorado counsel(who must seek to be admitted pro hac vice) will prosecute the action.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUL 28 2000 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | SB. docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| WAH courtroom deputy's initials | | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE F. STAUFFER f/n/a )
CHRISTINE F. SKORBERG, )
)
Plaintiff, )
)
vs. ) No. 00 C 1242
)
WESTMORELAND OBSTETRIC AND )
GYNECOLOGIC ASSOCIATES, S.C., HUGH )
FALLS, WILLIAM GARDNER, SCOTT )
LOGAN, CHUHAK & TECSON, P.C., )
ALBERT L. GRASSO, ESQ., LEAF, DAHL )
AND COMPANY, LTD., BENJAMIN ROBERT )
LEAF, )
)
Defendants. )

DOCKETED
JUL 28 2000

## MEMORANDUM OPINION AND ORDER

Defendants move to strike plaintiff's complaint, contending that it violates Rule 8(a) of the Federal Rules of Civil Procedure and is "replete with conclusions of law and argument." Plaintiff correctly contends that, because she is alleging fraud, she must meet the particularity requirements of Rule 9 and that pleading conclusions of law is not necessarily inappropriate. But she does not need to argue her entire case in her pleadings, and she should not do so. Forty-five pages of pleadings, plus fifteen exhibits, leads to confusion rather than clarity in a case involving a dispute between prior participants in a medical practice. We grant the motion to strike, with leave to amend within 21 days. We also remind plaintiff that she must designate local counsel for notification purposes, even if Colorado counsel (who must seek to be admitted *pro hac vice*) will prosecute the action.

JAMES B. MORAN
Senior Judge, U. S. District Court

July 27, 2000.