

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1242 | **DATE** | 9/17/2002 |
| **CASE TITLE** | Christine F. Stauffer et al. Vs. Westmoreland Obstetric etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants then moved to strike and asked for sanctions We deferred ruling. Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. (# 60-1 & #60-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 18 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 103 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | G.Y. docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 SEP 17 PM 3:53 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE F. STAUFFER, f/k/a/ )
CHRISTINE F. SKORBERG, )
 )
        Plaintiff, )
 )
   vs. ) No. 00 C 1242
 )
WESTMORELAND OBSTETRIC AND )
GYNECOLOGIC ASSOCIATES, S.C., et al., )
 )
        Defendants. )

## MEMORANDUM OPINION AND ORDER

Back a year ago plaintiff filed an answer to defendants' counterclaim, which included some affirmative defenses. At a subsequent status defendants represented why they thought those defenses were deficient, and plaintiff tried again but really just added some argument. Defendants then moved to strike and asked for sanctions. We deferred ruling.

Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. Somewhat reading between the lines, we understand plaintiff to be saying that she did receive the $55,426 twice, but that she should not have to give it back because defendants owe her a lot more than that. Whether that is so is the subject of the summary judgment motion.

                                                                 JAMES B. MORAN
                                            Senior Judge, U. S. District Court

Sept. 17, 2002.

 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1242 | DATE | 9/17/2002 |
| CASE TITLE | Christine F. Stauffer et al. Vs. Westmoreland Obstetric etc. et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. Defendants then moved to strike and asked for sanctions We deferred ruling. Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. (# 60-1 & #60-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | WAH | courtroom deputy's initials | 02 SEP 17 PM 3:53 | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE F. STAUFFER, f/k/a/ CHRISTINE F. SKORBERG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 00 C 1242 |
| WESTMORELAND OBSTETRIC AND GYNECOLOGIC ASSOCIATES, S.C., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Back a year ago plaintiff filed an answer to defendants' counterclaim, which included some affirmative defenses. At a subsequent status defendants represented why they thought those defenses were deficient, and plaintiff tried again but really just added some argument. Defendants then moved to strike and asked for sanctions. We deferred ruling.

Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. Somewhat reading between the lines, we understand plaintiff to be saying that she did receive the $55,426 twice, but that she should not have to give it back because defendants owe her a lot more than that. Whether that is so is the subject of the summary judgment motion.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 17, 2002.

 

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1242 | DATE | 9/17/2002 |
| CASE TITLE | Christine F. Stauffer et al. Vs. Westmoreland Obstetric etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants then moved to strike and asked for sanctions We deferred ruling. Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. (# 60-1 & #60-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | CLERK | | |
| WAH | courtroom deputy's initials | 02 SEP 17 PM 3: 53 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE F. STAUFFER, f/k/a/ )
CHRISTINE F. SKORBERG, )
 )
        Plaintiff, )
 )
vs. ) No. 00 C 1242
 )
WESTMORELAND OBSTETRIC AND )
GYNECOLOGIC ASSOCIATES, S.C., et al., )
 )
        Defendants. )

## MEMORANDUM OPINION AND ORDER

Back a year ago plaintiff filed an answer to defendants' counterclaim, which included some affirmative defenses. At a subsequent status defendants represented why they thought those defenses were deficient, and plaintiff tried again but really just added some argument. Defendants then moved to strike and asked for sanctions. We deferred ruling.

Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. Somewhat reading between the lines, we understand plaintiff to be saying that she did receive the $55,426 twice, but that she should not have to give it back because defendants owe her a lot more than that. Whether that is so is the subject of the summary judgment motion.

                                                              /s/ James B. Moran
                                                              JAMES B. MORAN
                                                          Senior Judge, U. S. District Court

Sept. 17, 2002.

 Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1242 | **DATE** | 9/17/2002 |
| **CASE TITLE** | Christine F. Stauffer et al. Vs. Westmoreland Obstetric etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants then moved to strike and asked for sanctions We deferred ruling. Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. (# 60-1 & #60-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 SEP 17 PM 3:53 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE F. STAUFFER, f/k/a/
CHRISTINE F. SKORBERG,

    Plaintiff,

vs.

WESTMORELAND OBSTETRIC AND
GYNECOLOGIC ASSOCIATES, S.C., et al.,

    Defendants.

No. 00 C 1242

## MEMORANDUM OPINION AND ORDER

Back a year ago plaintiff filed an answer to defendants' counterclaim, which included some affirmative defenses. At a subsequent status defendants represented why they thought those defenses were deficient, and plaintiff tried again but really just added some argument. Defendants then moved to strike and asked for sanctions. We deferred ruling.

Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. Somewhat reading between the lines, we understand plaintiff to be saying that she did receive the $55,426 twice, but that she should not have to give it back because defendants owe her a lot more than that. Whether that is so is the subject of the summary judgment motion.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 17, 2002.




## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1242 | DATE | 9/17/2002 |
| CASE TITLE | Christine F. Stauffer et al. Vs. Westmoreland Obstetric etc. et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants then moved to strike and asked for sanctions We deferred ruling. Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. (# 60-1 & #60-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | date docketed | |
| ✓ | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | | courtroom deputy's initials | 02 SEP 17 PM 3:53 | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE F. STAUFFER, f/k/a/ CHRISTINE F. SKORBERG, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 00 C 1242 |
| WESTMORELAND OBSTETRIC AND GYNECOLOGIC ASSOCIATES, S.C., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Back a year ago plaintiff filed an answer to defendants' counterclaim, which included some affirmative defenses. At a subsequent status defendants represented why they thought those defenses were deficient, and plaintiff tried again but really just added some argument. Defendants then moved to strike and asked for sanctions. We deferred ruling.

Since then, the attorney who prepared those pleadings has withdrawn and plaintiff's husband has become a party, and a summary judgment motion is almost fully briefed. We think, in the circumstances, we should deny the motion for sanctions but grant the motion to strike the affirmative defenses for the reasons stated by defendants. Somewhat reading between the lines, we understand plaintiff to be saying that she did receive the $55,426 twice, but that she should not have to give it back because defendants owe her a lot more than that. Whether that is so is the subject of the summary judgment motion.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 17, 2002.